# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | CIVIL FILE NO.: 11-CV-1940 (PAM/SER) |
|---|---|
| Jonathan Paulson, | |
| Plaintiff, | |
| vs. | **ORDER** |
| Johnson, Rodenburg & Lauinger, PLLP, *a foreign professional limited liability partnership*, and Portfolio Recovery Associates, LLC, *a foreign limited liability company*, | |
| Defendants. | |

Based upon the Stipulation of Dismissal With Prejudice submitted by co-counsel for the parties,

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendants are **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: October 6, 2011

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge